UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 08-80077-CR-HURLEY

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

BRITTANY HATHAWAY,

    Defendant.
_____/

## REPORT AND RECOMMENDATION

THIS CAUSE is before the Court for a final probable cause hearing on a petition for violation of supervised release. The Defendant, BRITTANY HATHAWAY, appeared before the Court on October 20, 2010, represented by AFPD Panayotta Augustin-Birch. The Defendant is charged with using or possessing marijuana in that she tested positive on June 30, July 15, July 17, July 22 and July 28, 2010, and she admitted using marijuana on June 23, July 17, and July 28, 2010. The defendant admitted to the violation.

The Court finds that the Defendant knowingly, intelligently, and voluntarily admits to violating her supervised release and would like to proceed to sentencing. The Court also finds that the Defendant knowingly, intelligently, and voluntarily waives her rights to a final probable cause hearing.

The Court **RECOMMENDS** that the District Court accept the Defendant's admission and find the Defendant guilty.

A party shall serve and file written objections, if any, to this Report and Recommendation with the Honorable Senior United States District Court Judge Daniel T. K. Hurley within

fourteen days of being served with a copy of this Report and Recommendation. *See* 28 U.S.C. § 636(b)(1)(C). Failure to file timely objections may limit the scope of appellate review of factual findings contained herein. *See United States v. Warren*, 687 F.2d 347, 348 (11th Cir.1982), *cert. denied*, 460 U.S. 1087 (1983).

**DONE and SUBMITTED** in Chambers at West Palm Beach in the Southern District of Florida, this 25 day of October, 2010.

*James M. Hopkins*

_____
JAMES M. HOPKINS
UNITED STATES MAGISTRATE JUDGE

Copies to:
Honorable Daniel T.K. Hurley, Senior United States District Judge
Counsel of record
U.S. Marshal
U.S. Probation
Clerk of Court