UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 08-80077-CR-HURLEY/HOPKINS

UNITED STATES OF AMERICA,
    Plaintiff,

v.

BRITTANY HATHAWAY,
    Defendant.
_____/

## ORDER ADOPTING REPORT AND RECOMMENDATIONS AND SETTING HEARING

**THIS CAUSE** comes before the court upon written report from the United States Probation Office that the above named defendant violated the conditions of supervision and upon the report and recommendations of a United States Magistrate Judge, [DE 83] dated: 10/25/2010. Upon consideration, it is

**ORDERED** and **ADJUDGED** that:

1. The Magistrate Judge's report and recommendations are **adopted**.

2. A sentencing hearing will be conducted on **Thursday, November 4, 2010, at 9:00 a.m.** in Courtroom 5, at the U.S. Courthouse, 701 Clematis Street, West Palm Beach, Florida.

**DONE** and **SIGNED** in Chambers at West Palm Beach, Florida this 26 day of October, 2010.

**copy furnished:**
AUSA Janice LeClainche
AFPD Panayotta Augustin-Birch
United States Marshal's Service
United States Probation Office

Daniel T. K. Hurley
United States District Judge

For updated court information, visit unofficial Web site at http://www.judgehurley.com